```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     UNITED STATES OF AMERICA

                         Plaintiff(s)

          -vs-                                   99-CR-6022T

     HERBERT WILLIAMS

                         Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

SO ORDERED.

                                                              S/ MICHAEL A. TELESCA
                                               MICHAEL A. TELESCA
                                               United States District Judge

Dated:   Rochester, New York
        January 12, 2006